**Order entered December 2, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00158-CV**

**KELLY M. LIEBBE AND JONATHAN RUTE, Appellants**

**V.**

**STEPHEN COURTNEY, M.D. AND STEPHEN COURTNEY, M.D., P.A.,**
**Appellees**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

**ORDER**

Before the Court is appellant Kelly M. Liebbe's November 30, 2022 unopposed motion requesting a sixty-day extension of time to file her opening brief. We **GRANT** the motion **only to the extent** that we extend the time to **January 23, 2023**.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE